# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 18 Mag 8706        Date 12-10-19

USAO No. 2018R00318

The Government respectfully requests the Court to dismiss ~~without~~ prejudice the _X_ Complaint ___ Removal Proceedings in

United States v. Kristin Knight

The Complaint/Rule 40 Affidavit was filed on October 11, 2018

___ U.S. Marshals please withdraw warrant.

_____
Assistant United States Attorney

Marcia S. Cohen
(Print name)

SO ORDERED:

_____          12/11/19
United States Magistrate Judge      Date

Distribution:   White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy

---

DATED: 12/11/19

Paul E. Davison
United States Magistrate Judge